■ In the Matter of RAUL O., a Person Alleged to be a Juvenile Delinquent, Appellant. [644 NYS2d 1017] —In a juvenile delinquency proceeding pursuant to Family Court Act article 3, the appeal is from an order of disposition of the Family Court, Kings County (Dabiri, J.), dated December 2, 1994, which, upon a fact-finding order of the same court, dated September 19, 1994, made after a hearing, finding that the appellant had committed an act which, if committed by an adult, would have constituted the crime of attempted robbery in the third degree, adjudged him to be a juvenile delinquent and placed him with the Division for Youth for a period not to exceed eighteen months. The appeal brings up for review the fact-finding order dated September 19, 1994.

Ordered that the order of disposition is affirmed, without costs or disbursements.

We have reviewed the record and agree with the appellant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.